**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**THE OHIO STATE UNIVERSITY,**

       **Plaintiff,**

  **vs.**                                                **Civil Action 2:13-cv-663
                                                           Judge Smith**

**UNITED OF OMAHA LIFE INSURANCE
COMPANY,**

       **Defendant.**

### ORDER

       The undersigned hereby **RECUSES** herself from this case.

       The Clerk shall assign the case to another Magistrate Judge.

Date: July 10, 2013                             *s/Norah McCann King*
                                                    Norah M$^c$Cann King
                                         United States Magistrate Judge