IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THE OHIO STATE UNIVERSITY,**

        Plaintiff,

  vs.                                          Civil Action 2:13-cv-663
                                                      Judge Smith

**UNITED OF OMAHA LIFE INSURANCE COMPANY,**

        Defendant.

**ORDER**

The undersigned hereby **RECUSES** herself from this case.

The Clerk shall assign the case to another Magistrate Judge.

Date: July 10, 2013                       *s/Norah McCann King*
                                              Norah M<sup>c</sup>Cann King
                                        United States Magistrate Judge