IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **THE OHIO STATE UNIVERSITY,** | : | |
| | : | Case No. 2:13-CV-663 |
| **Plaintiff,** | : | |
| | : | JUDGE SMITH |
| v. | : | |
| | : | Magistrate Judge Kemp |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Counsel notified the Court that the within cause of action has been settled. Therefore, the Court orders that:

1. The interpleader funds that were deposited by United of Omaha Life Insurance Company pursuant to 28 U.S.C. § 1335 with the United States District Court, Southern District of Ohio, shall be released and distributed in the following manner:

    a. $275,000.00 by check made payable to Kohrman Jackson & Krantz, LLP, sent to David M. Scott, 10 West Broad Street, Suite 1900, Columbus, Ohio 43215;

    b. All remaining interpleader funds ($571,410.13 plus accrued interest) by check made payable to The Ohio State University, sent to John C. Woods, Assistant Vice President of Gift Planning, Office of Advancement, 1480 West Lane Avenue, Columbus, Ohio 43221; and

2. This case is hereby dismissed with prejudice. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED.**

    *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**